UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRENCE LLOYD HADDIX, JR.,

    Plaintiff,

    v.

C/O SEAN BURRIS; *et al.*,

    Defendants.

No. C-12-1674 EMC (pr)

**ORDER DENYING SECOND REQUEST FOR COUNSEL**

**(Docket No. 7)**

    Plaintiff has filed a second request for appointment of counsel to represent him in this action. A district court has the discretion under 28 U.S.C. §1915(e)(1) to designate counsel to represent an indigent civil litigant in exceptional circumstances. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). This requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *See id.* Neither of these factors is dispositive and both must be viewed together before deciding on a request for counsel under § 1915(e)(1). Here, exceptional circumstances requiring the appointment of counsel are not evident at this time. The request for appointment of counsel is **DENIED**. (Docket # 7.)

    IT IS SO ORDERED.

Dated: October 30, 2012

_____
EDWARD M. CHEN
United States District Judge