United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE LLOYD HADDIX, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>C/O SEAN BURRIS; *et al.*,<br><br>    Defendants.<br>_____/ | No. C-12-1674 EMC (pr)<br><br>**ORDER DENYING SECOND REQUEST FOR COUNSEL**<br><br>**(Docket No. 7)** |

    Plaintiff has filed a second request for appointment of counsel to represent him in this action. A district court has the discretion under 28 U.S.C. §1915(e)(1) to designate counsel to represent an indigent civil litigant in exceptional circumstances. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). This requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *See id.* Neither of these factors is dispositive and both must be viewed together before deciding on a request for counsel under § 1915(e)(1). Here, exceptional circumstances requiring the appointment of counsel are not evident at this time. The request for appointment of counsel is **DENIED**. (Docket # 7.)

    IT IS SO ORDERED.

Dated: October 30, 2012

                                                   _____<br>
                                                   EDWARD M. CHEN<br>
                                                   United States District Judge