UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TERRY L. HADDIX,<br><br>      Plaintiff,<br>   v.<br><br>J. FRISK, et al.,<br><br>      Defendants.<br>_____/ | No. 12-CV-1674 EMC (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TERRY L. HADDIX, inmate no. H-73897, presently in custody at Corcoran State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: May 15, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Corcoran State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of TERRY L. HADDIX, inmate no. H-73897, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 11:00 a.m. on June 19, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of HADDIX v. FRISK, et al, and at the

termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: May 15, 2015

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk



Dated: May 15, 2015

NANDOR J. VADAS
United States Magistrate Judge



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TERRY L. HADDIX, | No. 12-CV-1674 EMC (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| J. FRISK, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on May 15, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Terry L. Haddix, Jr.
H-73897
Corcoran State Prison
P.O. Box 3481
Corcoran, CA 93212

Litigation Coordinator
Corcoran State Prison
P.O. Box 8800
Corcoran, CA 93212

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3