UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TERRY L. HADDIX,

    Plaintiff,

v.

BURRIS, et al.,

    Defendants.

Case No.  12-cv-01674-EMC  (NJV)

**ORDER RESETTING TIME OF SETTLEMENT CONFERENCE**

Due to a scheduling issue, and based on the courteous consent of defense counsel, the time of the settlement conference on June 19, 2015, is HEREBY RESET to 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  June 8, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge