United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TERRY L. HADDIX,<br><br>    Plaintiff,<br><br>v.<br><br>BURRIS, et al.,<br><br>    Defendants. | Case No. 12-cv-01674EMC  (NJV)<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE REFERRAL** |

This pro se prisoner civil rights case was filed by Plaintiff Terry L. Haddix on April 4, 2012.  On March 11, 2015, District Judge Edward M. Chen referred the case to the undersigned for a settlement conference.  (Doc. 65.)  On May 15, 2015, the court entered an order setting the case for a settlement conference at Solano State Prison on June 19, 2015.  (Doc. 69.)  The court served the order on both Plaintiff and the Litigation Coordinator at Plaintiff's institution.  (Doc. 69-1.)  The court also issued a writ of habeas corpus ad testificandum on May 15, 2015, to obtain Plaintiff's appearance at the settlement conference.  (Doc. 70.)  The court served the writ on both Plaintiff and the Litigation Coordinator at Plaintiff's institution.  (Doc. 70.)

On June 9, 2015, the court held a telephonic status conference regarding the settlement conference.  (Doc. 73.)   At that status conference, Plaintiff informed the court that he would refuse to go to the scheduled settlement conference.  (Doc. 73.)   The court informed Plaintiff that his failure to attend the settlement conference could be grounds for dismissal.  (Doc. 73.)

On June 17, 2015, the court was informed by institutional authorities at the CDCR that Plaintiff refused to be transported to Solano State Prison to attend the settlement conference scheduled in this case.  Because of the non-appearance of Plaintiff, the scheduled settlement

1  conference was not held on June 19, 2015.

2      In light of Plaintiff's refusal to attend, the court is unable to conduct a settlement

3  conference in this case. Accordingly, the undersigned respectfully returns this case to District

4  Judge Chen.

5      **IT IS SO ORDERED**.

6  Dated: June 23, 2015

7  _____

    NANDOR J. VADAS
8      United States Magistrate Judge