1

2

3

4

5                      UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8 TERRENCE LLOYD HADDIX, JR.,          No. C 12-1674 EMC (pr)

9          Plaintiff,

10      v.                                 **ORDER TO SHOW CAUSE WHY**
                                           **ACTION SHOULD NOT BE DISMISSED**

11 C/O SEAN BURRIS; *et al.*,

12          Defendants.

13 _____/

14       On March 10, 2015, this action was referred to Magistrate Judge Vadas for mediation

15 proceedings in the *Pro Se* Prisoner Mediation Program. Docket # 65. Magistrate Judge Vadas then

16 set a settlement conference for June 19, 2015 at the California State Prison - Solano, and issued a

17 writ of habeas corpus ad testificandum to obtain Plaintiff's appearance at the settlement conference.

18 On June 9, 2015, Magistrate Judge Vadas held a telephonic status conference regarding the

19 upcoming settlement conference, at which time Plaintiff stated that he would refuse to go to the

20 scheduled settlement conference. Magistrate Judge Vadas then informed Plaintiff that his failure to

21 attend the settlement conference could be grounds for dismissal. On June 17, 2015, prison officials

22 informed Magistrate Judge Vadas that Plaintiff (who currently is housed at Corcoran) refused to be

23 transported to the California State Prison - Solano to attend the settlement conference. Due to

24 Plaintiff's non-appearance, Magistrate Judge Vadas was unable to conduct the June 19, 2015

25 settlement conference and returned the action to the undersigned.

26       Plaintiff's refusal to attend the settlement conference must now be addressed. Accordingly,

27 Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to

28 prosecute and/or failure to comply with a court order. Plaintiff must file a written response to this

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   order to show cause no later than **July 20, 2015**, and his response must be made under penalty of

2   perjury.  In his response, Plaintiff must explain each and every reason why he did not attend the

3   settlement conference, and may provide any other information he believes may explain why this

4   action should not be dismissed due to his refusal to attend the settlement conference.

5          Defendants may submit evidence and argument replying to Plaintiff's response to later than

6   **August 3, 2015**.

7

8          IT IS SO ORDERED.

9

10  Dated: July 2, 2015

11                                          _____
                                            EDWARD M. CHEN
12                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2