UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY L. HADDIX,<br><br>        Plaintiff,<br><br>   v.<br><br>J. FRISK,<br><br>        Defendant. | Case No. 12-cv-01674-EMC<br><br>**ORDER OF DISMISSAL**<br><br>Docket No. 85 |

The parties have stipulated to a dismissal of this action with prejudice. Accordingly, this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: November 2, 2015

_____
EDWARD M. CHEN
United States District Judge